Frank S. Hedin (291289)
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone:  + 1 (415) 766-3534
Facsimile:   + 1 (415) 402-0058
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN IRELAND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CEREBRAL INC.,<br><br>        Defendant. | Case No. 3:20-cv-00763-WHO<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brian Ireland hereby dismisses this action without prejudice.

Dated: May 11, 2020

**HEDIN HALL LLP**

By:  /s/ Frank S. Hedin
                Frank S. Hedin

Frank S. Hedin (291289)
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone:  + 1 (415) 766-3534
Facsimile:  + 1 (415) 402-0058
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*