UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN IRELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>CEREBRAL INC.,<br><br>    Defendant. | Case No. 20-cv-00763-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 13 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Case Management Conference scheduled for May 12, 2020 is vacated. The Clerk shall close the case.

Dated: May 11, 2020

_____
WILLIAM H. ORRICK
United States District Judge